JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER EVANS, <br>     Plaintiff, <br> v. <br><br> LELAND DUDEK, <br> Acting Commissioner of Social Security, <br>     Defendant. | Case No. 2:24-cv-09663-FWS-E <br><br> JUDGMENT OF REMAND |

Having reviewed and granted the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment [12] ("Stipulation"), the court **ORDERS** the above-captioned case **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the Stipulation.

**IT IS SO ORDERED.**

Dated: March 11, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE